# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: LARKINS, WILLIAM V § Case No. 09-74630
LARKINS, GERALDINE M § 
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN _____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 09/28/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 08/17/2011 _____ By: /s/JOSEPH D. OLSEN _____
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: LARKINS, WILLIAM V | § | Case No. 09-74630 |
| LARKINS, GERALDINE M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 39,762.64 |
| *and approved disbursements of* | $ | 1,827.56 |
| *leaving a balance on hand of* [1] | $ | 37,935.08 |

**Balance on hand:** $ 37,935.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,935.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,726.26 | 0.00 | 4,726.26 |
| Trustee, Expenses - JOSEPH D. OLSEN | 79.48 | 0.00 | 79.48 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,081.00 | 0.00 | 1,081.00 |

Total to be paid for chapter 7 administration expenses: $ 5,886.74
Remaining balance: $ 32,048.34

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 32,048.34 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 32,048.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,372.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 1,993.95 | 0.00 | 1,408.40 |
| 2 | TARGET NATIONAL BANK | 4,097.34 | 0.00 | 2,894.09 |
| 3 | RBS CITIZENS, N.A. | 1,007.14 | 0.00 | 711.38 |
| 4 | RBS CITIZENS, N.A. | 5,324.40 | 0.00 | 3,760.81 |
| 5 | Chase Bank USA, N.A. | 5,813.51 | 0.00 | 4,106.28 |
| 6 | Chase Bank USA, N.A. | 1,345.10 | 0.00 | 950.09 |
| 7 | Chase Bank USA, N.A. | 214.11 | 0.00 | 151.23 |
| 8 | Chase Bank USA, N.A. | 220.89 | 0.00 | 156.02 |
| 9 | PYOD LLC its successors and assigns as assignee of | 1,202.34 | 0.00 | 849.25 |
| 10 | PYOD LLC its successors and assigns as | 2,281.37 | 0.00 | 1,611.41 |

| 11 | PYOD LLC its successors and assigns as assignee of | 405.61 | 0.00 | 286.50 |
|---|---|---|---|---|
| 12 | PYOD LLC its successors and assigns as assignee of | 197.23 | 0.00 | 139.31 |
| 13 | PYOD LLC its successors and assigns as assignee of | 655.19 | 0.00 | 462.78 |
| 14 | Chase Bank USA,N.A. | 1,376.15 | 0.00 | 972.02 |
| 15 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 875.25 | 0.00 | 618.22 |
| 16 | CAPITAL ONE BANK USA, N.A. | 1,541.00 | 0.00 | 1,088.46 |
| 17 | CAPITAL ONE BANK USA, N.A. | 624.39 | 0.00 | 441.03 |
| 18 | CAPITAL ONE BANK USA, N.A. | 6,572.42 | 0.00 | 4,642.32 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR | 576.71 | 0.00 | 407.35 |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1,784.53 | 0.00 | 1,260.47 |
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | 4,344.97 | 0.00 | 3,069.00 |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | 2,919.18 | 0.00 | 2,061.92 |

Total to be paid for timely general unsecured claims: $ 32,048.34

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00

Remaining balance:     $     0.00

Prepared By:   /s/JOSEPH D. OLSEN

                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-74630-MB
William V Larkins                                                               Chapter 7
Geraldine M Larkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave          Page 1 of 2          Date Rcvd: Aug 29, 2011
                           Form ID: pdf006          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2011.
```
db/jdb      +William V Larkins,   Geraldine M Larkins,   1603 Lynnwood Street,   Rockford, IL 61108-6442
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Jeffry A. Dahlberg,   Balsley and Dahlberg, LLP,   5130 N Second St,   Loves Park, IL 61111-5002
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14614762     AMERICAN T.V./WFNNB,   P.O. Box 182782,   Columbus, OH 43218-2782
14614763     AMOCO/BP,   P.O. Box 15298,   Wilmington, DE 19850-5298
14614764     BANK OF AMERICA,   P.O. Box 15026,   Wilmington, DE 19850-5026
14614765     BERGNER'S,   P.O. Box 15521,   Wilmington, DE 19850-5521
14614766     CAPITAL ONE,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14952548     CAPITAL ONE BANK USA, N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
               Charlotte, NC  28272-1083
14614767     CARDMEMBER SERVICE/CHASE,   P.O. Box 15298,   Wilmington, DE 19850-5298
14614768    +CHARTER ONE BANK,   P.O. Box 7092,   Bridgeport, CT 06601-7092
14892721     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14927845    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
14614769    +DEXTRA FEDERAL CREDIT UNION,   824 N. Market Street,   Wilmington, DE 19801-3024
14614771     FIRESTONE,   c/o Credit First N.A.,   P.O. Box 81315,   Cleveland, OH 44181-0315
14614774    +HSBC CARD SERVICES,   P.O. Box 5251,   Carol Stream, IL 60197-5251
14614773     HSBC CARD SERVICES,   P.O. Box 80082,   Salinas, CA 93912-0082
14614772     HSBC CARD SERVICES,   P.O. Box 81622,   Salinas, CA 93912-1622
14614777    +KROGER PERSONAL FINANCE,   P.O. Box 18205,   Bridgeport, CT 06601-3205
14614779    +MACY'S,   P.O. Box 8066,   Mason, OH 45040-8066
14614780    +MACY'S VISA,   P.O. Box 8097,   Mason, OH 45040-8097
14614781     PHILLIPS 66-CONOCO-76,   P.O. Box 689140,   Des Moines, IA 50368-9140
14614782    +PORTFOLIO RECOVERY ASSOCIATES,   P.O. Box 4115,   Dept. 922,   Concord, CA 94524-4115
14925958    +PYOD LLC its successors and assigns as assignee of,  Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14819409    +RBS CITIZENS, N.A.,   c/o Weltman, Weinberg & Reis Co., L.P.A.,   480 Jefferson Blvd. RJE 135,
               Warwick, RI 02886-1359
14819407    +RBS CITIZENS, N.A.,   c/o Weltman, Weinberg & Reis,   525 Vine Street #800,
               Cincinnati OH 45202-3122
14614783    +ROCKFORD HEALTH SYSTEMS,   Rockford Memorial Hospital,   2400 N. Rockton Avenue,
               Rockford, IL 61103-3681
14614784    +SEARS CARD,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
14614785    +SEARS GOLD MASTERCARD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
14795103    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14614786     TARGET STORES,   c/o Target Credit Services,   P.O. Box 1581,   Minneapolis, MN 55440-1581
14614787     THE HOME DEPOT,   P.O. Box 689100,   Des Moines, IA 50368-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14972709     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2011 03:14:53
               AMERICAN INFOSOURCE LP AS AGENT FOR,   WORLD FINANCIAL NETWORK NATIONAL BANK,   PO Box 248872,
               Oklahoma City, OK  73124-8872
14770492     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2011 03:15:04     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14614770     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2011 03:15:04     DISCOVER CARD,
               P.O. Box 30943,   Salt Lake City, UT 84130
15073061     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2011 03:14:53
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14942161    +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2011 02:55:59
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14614775    +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2011 02:55:59     J.C. PENNEY,   P.O. Box 981403,
               El Paso, TX 79998-1403
14614776     E-mail/PDF: cr-bankruptcy@kohls.com Aug 30 2011 02:56:14     KOHL'S,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
                                                                                          TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14614778     ##+LANE BRYANT,   c/o Spirit of America,   P.O. Box 427,   Milford, OH 45150-0427
                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave          Page 2 of 2          Date Rcvd: Aug 29, 2011
                             Form ID: pdf006          Total Noticed: 40
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2011**                    **Signature:**    *Joseph Speetjens*